**IN THE UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CRISTHIAN FERNEY AGUIRRE SANCHEZ,<br>Petitioner,<br>v.<br>FERETI SEMAIA, et al.,<br>Respondents. | Case No. 5:26-cv-05061-MBK<br>JUDGMENT |

For the reasons stated in the Order Granting Petition for a Writ of Habeas Corpus, IT IS ADJUDGED that the petition for writ of habeas corpus is GRANTED and this action is dismissed with prejudice.

Dated: September 15, 2026

HON. MICHAEL B. KAUFMAN
UNITED STATES MAGISTRATE JUDGE